IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>PRESTON L. GILLAM,<br>[DOB: 08/21/1975]<br><br>                      Defendant. | Case No. _____<br>*Possession With Intent to Distribute Methamphetamine*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>NLT 10 Years Imprisonment<br>NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years Supervised Release<br>Class A Felony<br>$100 Mandatory Special Assessment |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

On or about October 1, 2017, in the Western District of Missouri, the defendant, PRESTON L. GILLAM, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

A TRUE BILL.

    10/25/17                                              /s/ Carla F. Eye
DATE                                                  FOREPERSON OF THE GRAND JURY

/s/ Jeffrey Q. McCarther
Jeffrey Q. McCarther
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri