# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name          Preston L. Gillam
Alias Name
Birthdate               08/21/1975

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No  if yes, original case number _____
New Defendant                        ☒ Yes  ☐ No
Prior Complaint Case Number, if any  17-MJ-00178-JTM
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Jeffrey Q. McCarther

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date    October 2, 2017
☒ Currently in Federal Custody
☐ Currently in State Custody          Writ Required      ☐ Yes  ☒ No
☐ Currently on Bond                   Warrant Required   ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:841A=CD.F/6801/4 | Possession With Intent to Distribute a Controlled Substance | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date    10/25/17              Signature of AUSA   /s/ Jeffrey Q. McCarther