## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:17-CR-00330-SRB |
| vs. | ) | |
| | ) | |
| PRESTON L. GILLAM, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF WITHDRAWL OF DEFENDANT, PRESTON L. GILLAM'S MOTION FOR SPECIFIC DISCOVERY

COMES NOW, Defendant, Preston L. Gillam, by and through his attorney, Terry J. Flanagan, and hereby withdraws his Motion requesting order of the Court compelling the Government to produce Specific Discovery, to-wit:

Patrol car video, based upon the Government's response now received by email on same date said Motion herein was filed, representing that no such evidence presently exists or is in the possession of the Government or any of its agents.

Respectfully submitted,

FLANAGAN & PEEL, P.C.

_____/s/ Terry Flanagan_____
Terry J. Flanagan #21648
John W. Peel #49637
133 South 11th Street, Suite 350
St. Louis, Missouri 63102
Ph. (314) 621-3743
Fax. (314) 231-9552
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, the foregoing was electronically filed with the

Clerk of the Court to be served by operation of the Court Electronic Filing system upon all counsel.

_____/s/ Terry Flanagan_____