# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America                          Case Number:  17-00330-01-CR-W-SRB
v.                                                Date:  3/21/18
PRESTON L. GILLAM

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced:  10:05 a.m.                       Time terminated:  10:20 a.m.

|          Plaintiff          | Appearances |         Defendant          |
|                             |             |                            |
|     Jeff McCarther, AUSA    |             |       Terry Flanagan       |

**PROCEEDINGS:**

Defendant appears to change his plea from not guilty to guilty on count(s) 1 of the indictment.
- X    Interpreter sworn
- X    Defendant sworn.
- X    Court questions defendant regarding his physical and mental condition.  Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
- X    Plea agreement filed.
- X    Plea is accepted by the Court.
- X    Court orders Presentence Investigation (PSI).
- X    Defendant remanded to custody.

REMARKS:  Sentencing is set for July 26, 2018 at 9:30 a.m.


Court Reporter: Jean Crawford                     Tracy Diefenbach, Courtroom Deputy