UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

UNITED STATES OF AMERICA            Case No: 17-00330-01-CR-W-SRB
vs.                                 Date: 6/5/2019
PRESTON L. GILLAM

Plaintiff Counsel                   Defendant Counsel
Jeffrey McCarther, AUSA             David Kelly

Time Commenced: 9:39 a.m.           Time Terminated: 10:01 a.m.
---

Total Offense Level: 34 Criminal History Category: VI Imprisonment Range 262-327 months. Supervised Release Range: 5 years. Fine Range 35,000 to 10,000,000. SA $100, Restitution N/A.

The Defendant is sentenced to Count 1.

INCARCERATION:
X   The Court hereby orders the defendant to serve the following term of incarceration with the FBP. 96 months
X   The Court recommends the defendant be designated to a facility as near to the St. Louis area as possible, it further recommends that the defendant be designated for the RDAP program.
X   Defendant is remanded to custody.

SUPERVISED RELEASE:
X   The Court hereby orders the defendant to served the following term of Supervised Release. 5 years.

SPECIAL CONDTIONS OF SUPERVISED RELEASE:
X   See J&C for special conditions of Supervised Release.

FINE:
X   Fine Waived.

RESTITUTION:
X   N/A

SPECIAL ASSESSMENT:
X   The Court imposes the following Special Assessment: $100.

X   The Court advises the Defendant he has the right to appeal.

Court Reporter: Gayle Wambolt                Tracey Richard, Courtroom Deputy