VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This Mailer is 100% Recyclable.  Please Recycle

PRESS FIRMLY TO SEAL



PRIORITY MAIL EXPRESS
DELIVER BY 10:30 AM

RECEIVED
2021 APR 26 PM 3:56
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

**PRIORITY MAIL EXPRESS**

ATTN: COURT CLERK

FROM: (PLEASE PRINT)
PHONE ( ) 573-578-4718
Sheryl Liddle
35 Florence St.
Sullivan, Mo. 63080

TO: (PLEASE PRINT)   PHONE ( )
Charles Evans Whittaker U.S.
400 E. 9th Street  Courts
Kansas City, Mo.
64106

ATTN: COURT CLERK

Date Accepted: 4/23/21
Time Accepted: 2:40 PM
Postage: $31.95
Total Postage & Fees: $31.95

EJ 697 879 229 US

$31.95
U.S. POSTAGE PAID
PME 1-DAY
SULLIVAN, MO 63080
APR 23 21
AMOUNT
1007
64106
R2305K138936-04