# PRIORITY MAIL EXPRESS®
## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
2021 MAY 26 AM 11:27
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY

Cas

PS10001000006
EP13F May 2020
OD: 12 1/2 x 9 1/2

ATTN: COURT CLERK

**FROM:**
Sheryl Riddle
55 Florence Street
Sullivan, MD 63080
PHONE (573) 578-4718

**TO:**
Charles Evans Whittaker U.S. Court House
400 East 9th Street
Kansas City, MO 64106
PHONE 816-512-5000
ZIP 64106

PO ZIP Code: 63080
Date Accepted: 5/25/21
Scheduled Delivery Date: 5/26/21
Scheduled Delivery Time: 6:00 PM
Postage: $26.35
Employee Initials: DS
Weight: 1 lb
Total Postage & Fees: $26.35

U.S. POSTAGE PAID
PME 1-Day
SULLIVAN, MO 63080
MAY 25, 21
AMOUNT
$26.35
R2305K138936-04

EJ 882 245 463 US

1007
64106